# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1654
_____

JUSTIN GOODRICH,

Appellant,

v.

BETTY GOODRICH,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

December 23, 2024

PER CURIAM.

DISMISSED. The Court denies all pending motions as moot.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Justin Goodrich, pro se, Appellant.

Andrea Bryant Roberts and Carrie V. Cromey of Legal Services of North Florida, Pensacola, for Appellee.